## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 3:26cr56-MCR

MARCELLOUS LIKELY-MCWILLIAMS, III

_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Counts One, Two and Three of the Indictment.    After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined the guilty plea was knowing and voluntary and the offenses charged are supported by independent bases in fact containing each of the essential elements thereof.    I therefore recommend the plea of guilty be accepted and the Defendant be adjudicated guilty and have sentence imposed accordingly.

Dated:    July 2, 2026.

/s/ *Zachary C. Bolitho*
_____
**ZACHARY C. BOLITHO**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within twenty-four (24) hours of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:   3:26cr56-MCR